IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DONALD WEBSTER WELLS,              )<br>                                    )<br>     Plaintiff,                    )<br>                                    )<br>v.                                  )      CASE NO. CV411-137<br>                                    )<br>OFFICER JOHN MCNAMARA,              )<br>Chatham County Police; JUDGE       )<br>WILLIE YANCEY; FALEN COX,           )<br>Assistant Public Defender;          )<br>JASON JONES, Assistant Public       )<br>Defender; and CHATHAM COUNTY        )<br>COURTS;                             )<br>                                    )<br>     Defendants.                    )<br>                                    ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of December 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA