IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DONALD WEBSTER WELLS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV411-137
)
OFFICER JOHN MCNAMARA, )
Chatham County Police; JUDGE )
WILLIE YANCEY; FALEN COX, )
Assistant Public Defender; )
JASON JONES, Assistant Public )
Defender; and CHATHAM COUNTY )
COURTS; )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of December 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA